WELLINGTON KENWELL, Appellant, *v.* CLARENCE F. LEE, as Supervisor of the Town of Inlet, et al., Respondents.

(Argued October 3, 1932; decided October 11, 1932.)

*J. C. Tormey* for motion.

*Charles E. Snyder* opposed.

Motion denied, with ten dollars costs.